**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MARLY SENAT,

                        Plaintiff,

       -against-                                    25 **CIVIL** 7071 (LLS)

                                                   **JUDGMENT**

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                        Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii); accordingly, the case is closed.

**Dated:** New York, New York

      January 21, 2026

                                       **TAMMI M. HELLWIG**
                                       _____
                                          **Clerk of Court**

                  **BY:**              K. Mango

                                        _____
                                          **Deputy Clerk**